UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 09-96-HRW

JEFFREY LUCAS,                                                      PLAINTIFF,

v.                                          **JUDGMENT**

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,                                    DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.    pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

    B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

    C.    this action is **STRICKEN** from the active docket of the Court.

This ___8___ day of February, 2010.

_____
Henry R. Wilhoit, Jr., Senior Judge